IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RSK FABRICATIONS, LLC,

    Plaintiff

v.

ASA PRECISION COMPANY, INC.,

    Defendant

3:18-CV-414
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 11th DAY OF OCTOBER, 2018, upon consideration of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 7) is **DENIED**.

3. Defendant's Motion to Set Aside Entry of Default (Doc. 11) is **GRANTED**.

4. The Clerk of Court's Entry of Default (Doc. 6) is **SET ASIDE**.

5. On or before **October 22, 2018**, the parties shall file a joint letter on CM-ECF informing the Court whether they agree to engage in early mediation as recommended by the Magistrate Judge.

                                                       Robert D. Mariani
                                                     United States District Judge